UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Noel Ramon, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action H-19-2584 |
| § | |
| Lorie Davis, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## Order of Adoption

On September 9, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (4) recommending that the court deny Noel Ramon's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed October 9, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge